IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40194
Summary Calendar
_____

JUAN MANUEL GUZMAN,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-94-CV-165
--------------------
November 3, 1999

Before KING, Chief Judge, and HIGGINBOTHAM and STEWART, Circuit
Judges.

PER CURIAM:[*]

    Juan Manuel Guzman, Texas state prisoner #533076, appeals
from the district court's denial of his petition for writ of
habeas corpus pursuant to 28 U.S.C. § 2254.  Guzman argues that
he was denied his constitutional right to confront the State's
key witness because the State had improperly expunged the
witness's criminal record in exchange for the witness's
testimony, that the state trial court had improperly limited his
cross-examination of the witness, that he was unconstitutionally

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

deprived of an adequate record of the state-trial-court proceedings, and that he received ineffective assistance of counsel because his attorney failed to perfect a bill of exception with regard to the witness's expected testimony.  We have reviewed the record and find no reversible error.  Accordingly, the judgment of the trial court is AFFIRMED.

AFFIRMED.